# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TASKOOB INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LOYAL HEALTH & FITNESS, INC.<br><br>        Defendants. | C.A. No. 1:23-cv-00299-MN |

## DEFENDANT LOYAL HEALTH & FITNESS, INC.'S
## MOTION TO DISMISS, TRANSFER OR STAY

Defendant Loyal Health & Fitness, Inc. ("Defendant"), by and through its undersigned counsel, respectfully moves the Court pursuant to the first-to-file rule and 28 U.S.C. § 1404 to dismiss or, in the alternative, to transfer or stay this action. The grounds for this motion, and the relief requested, are set forth in Defendant's Opening Brief in Support of its Motion to Dismiss, Transfer or Stay, filed herewith. A proposed form of Order is attached hereto.

Dated: May 10, 2023

**OF COUNSEL**:

**LAW OFFICES OF RODNEY L. DONOHOO, APC**
Rodney L. Donohoo, Esq.
Kevin T. Rhine, Esq.
(*pro hac vice* motions forthcoming)
16236 San Dieguito Road, Suite 1-12
P.O. Box 9335
Rancho Santa Fe, CA  92067
Telephone:  (858) 914-3394
ktrhine@donohoolaw.com

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ David S. Eagle
David S. Eagle (DE Bar No. 3387)
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone:  (302) 552-5508
deagle@klehr.com

*Attorneys for Defendant Loyal Health & Fitness, Inc.*